IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSS HARVEY DE SPENZA,

    Petitioner,                  No. CIV S-07-1976 LKK KJM P

    vs.

KATHY PROSPER,

    Respondent.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant, but has not paid the filing fee nor submitted a request to proceed in forma pauperis.

        The application alleges that petitioner is being held even though he was acquitted of first degree murder in Los Angeles Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

1         Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2 matter is transferred to the United States District Court for the Central District of California.
3 DATED: October 9, 2007.

                                                                        _____
                                                                         U.S. MAGISTRATE JUDGE

2
desp1976.108

2